FILED
IN OPEN COURT

DEC 1 3 2013

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:13CR350-LMB-13 |
| | ) | |
| KALEEF TWEEDY, | ) | |
| a/k/a "BLOODY TWEED" | ) | The Honorable Leonie M. Brinkema |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The United States and the defendant, Kaleef Tweedy, also known as Bloody Tweed, agree that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. The "Nine Trey Gangsters" (NTG) is a criminal street gang operating within the Eastern District of Virginia and a set of the United Blood Nation. Members and associates of NTG were engaged in a racketeering conspiracy involving the unlawful distribution of cocaine base and other illegal narcotics, as well as robbery, and other crimes of violence. The defendant, Kaleef Tweedy, was a one-star general in an NTG line-up that had over twenty members located in Virginia, Maryland, and the District of Columbia.

2. Kaleef Tweedy committed robberies in Virginia and the District of Columbia as part of his gang membership. He regularly carried a pistol in his backpack for use in the robberies. On April 30, 2012, Kaleef Tweedy was at a hotel in Manassas, Virginia when a senior NTG member directed him and other NTG members to rob a marijuana dealer that was known to some of the gang members. The senior NTG member told Kaleef Tweedy to commit the robbery using his firearm. Kaleef Tweedy drove the group to the site of the robbery and provided his gun

to another gang member to use in the robbery. The marijuana dealer was lured to a gas station in Manassas where he was robbed at gunpoint of his currency, identification, and marijuana by the defendant and other members of the gang.

3. On July 22, 2012, Kaleef Tweedy and Devante Jordan robbed two people of their currency, cellular phones, and cigarettes at gunpoint in the 2600 block of Adams Mill Road, Northwest in the District of Columbia. Both the defendant and Devante Jordan pleaded guilty to robbery and carrying a dangerous weapon in the Superior Court for the District of Columbia. The defendant was released from prison on March 21, 2013, and began a period of probation.

4. NTG members also prostituted women in Virginia and neighboring states. Kaleef Tweedy participated in the prostitution business by providing security. He was responsible for watching over a prostitute both to protect her from harm and to prevent her from running away. Tweedy usually carried either a firearm or a taser while at the hotels with the prostitute. On one occasion in 2012, in Spotsylvania County, Kaleef Tweedy chased a customer that had raped the prostitute but could not catch the customer. Tweedy knew that his fellow gang members used force, threats, and coercion to keep the prostitutes working.

5. On June 9, 2013, Kaleef Tweedy and three other members of his NTG line-up drove from Alexandria, Virginia to the home of K.W. in Forest Heights, Maryland. K.W. was a Crip gang member who cultivated marijuana for sale. The four gang members brought firearms and went to the Maryland residence with the intent of assaulting a rival gang member and robbing him of his marijuana. Upon arrival at the residence, Tweedy and the other NTG members used a female acquaintance of K.W. to gain access to the residence. K.W. was confronted by members of Tweedy's group. A struggle ensued and an NTG member shot K.W. twice in the upper torso.

6. On July 12, 2013, Prince William County police officers arrested Kaleef Tweedy when he arrived at his home in Dumfries, Virginia. Tweedy, who was a convicted felon and on probation, had a backpack in his possession at the time of arrest. The backpack contained a loaded Ruger .45 caliber firearm, gloves, zip ties, a red bandana, a camouflage hat, two scales, and letters from incarcerated NTG members.

7. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the government. It does not include each and every fact known to the defendant or the government, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. The actions of the defendant as recounted above were in all respects knowing and deliberate, and were not committed by accident, mistake, or other innocent reason.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Adam B. Schwartz
Dennis M. Fitzpatrick
Assistant United States Attorneys

Defendant's Stipulation and Signature: After consulting with my attorney and pursuant to the plea agreement I entered into this day with the United States, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proven the same beyond a reasonable doubt.

Date: 13 Dec '13

_____
Kaleef Tweedy
Defendant

3

<u>Defense Counsel's Signature</u>: I have carefully reviewed the above statement of facts with my client, Kaleef Tweedy. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: __13 Dec '13__

_____
John Kiyonaga
Counsel for the Defendant